FILE COPY



# COURT OF APPEALS

THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

October 23, 2015

Mr. Dana M. Campbell
Owens, Campbell & Aiken, LLP
700 N Pearl St Ste 1600
Dallas, TX 75201-4148
* DELIVERED VIA E-MAIL *

Ms. Chavela Crain
Official Court Reporter
53rd District Court
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

The Honorable Scott H. Jenkins
Judge, 53rd District Court
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Mr. David Hutchins
Howry Breen & Herman LLP
1900 Pearl
Austin, TX 78705
* DELIVERED VIA E-MAIL *

Mr. Robert Clary
Robert Clary PLLC
7010 McKamy Blvd.
Dallas, TX 75248
* DELIVERED VIA E-MAIL *

Mr. Randy Howry
Howry, Breen & Herman, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408
* DELIVERED VIA E-MAIL *

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-15-00621-CV
           Trial Court Case Number:    D-1-GN-11-002012

Style:    Appellant, 338 Industries, LLC, d/b/a Stratified Data// Cross-Appellant, Point Com,
        LLC d/b/a White Lion Internet Agency
          v.

        Appellee, Point Com, LLC d/b/a White Lion Internet Agency// Cross-Appellee, 338
        Industries, LLC, d/b/a Stratified Data

The Supreme Court of Texas ordered the above cause **TRANSFERRED** to the Seventh Court of
Appeals. The record has been forwarded to the Seventh Court of Appeals, Amarillo, Texas, on the
date noted above.

FILE COPY

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk